UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. MADRONA,<br><br>          Plaintiffs,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, et al.,<br><br>          Defendants. | Case No. 21-cv-07095-SBA<br><br>**ORDER OF RECUSAL** |

I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court. All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED**.

Dated: February 17, 2022

_____ RS
Richard Seeborg for Saundra Brown Armstrong
U.S. District Judge